# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VBrick Systems Inc.,<br><br>    Defendant. | CASE NO. 6:15-CV-231-RWS-JDL<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Came for consideration before the Court is the Stipulation of Dismissal with Prejudice of Defendant VBrick Systems Inc., pursuant to Federal Rule of Civil Procedure 41(a), filed by Plaintiff Rothschild Broadcast Distribution Systems, LLC. Upon consideration of the same, the Court is of the opinion that the Dismissal of Defendant VBrick Systems Inc., with prejudice should be GRANTED.

It is further ORDERED that each party bears its own attorneys' fees and costs.

**SIGNED this 8th day of May, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE